B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

WESTERN District Of WISCONSIN

In re SKINNER, SUSAN A.   Case No. 1710964 CJF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | Nelnet on behalf of GREAT LAKES HIGHER EDUCATION CORPORATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 ECMC
 P.O. Box 16408
 St. Paul, MN 55116-0408

Court Claim # (if known): 1
Amount of Claim: $28,724.32
Date Claim Filed: 04/04/2017

Phone: 651-221-0566
Last Four Digits of Acct #: 3369

Phone:
Last Four Digits of Acct #: 3369

Name and Address where transferee payments should be sent (if different from above):
 ECMC
 Lockbox #8682
 P.O. Box 16478
 St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 3369

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Bentz                Date: 01/30/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


# GREAT LAKES

Date: 05-05-2017

#BWNKPXF
                            CC
LEIGH THAO
ECMC
111 SOUTH WASHINGTON AVE
SUITE 1400
MINNEAPOLIS MN 55401-3422

RE: Bankruptcy Transfers
    Batch: 2017-05-05-22.45.37.880558

Dear Leigh Thao,

The Great Lakes Higher Education Guaranty Corporation hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title, and interest in those student loans in the enclosure to this letter.

Great Lakes Higher Education Guaranty Corporation specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

If you have any questions, please contact our office.

LeRoy A. Lokken
Supervisor-Claims Examination

#002652

GREAT LAKES HIGHER EDUCATION GUARANTY CORPORATION | MYGREATLAKES.ORG
2401 INTERNATIONAL LANE | MADISON, WI 53704-3192 | 608.246.1800

EAL