UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Susan A Skinner                                       Case No. 17-10964-13

Debtor(s)

TRUSTEE'S RECOMMENDATION OF MODIFIED CHAPTER 13 PLAN and AMENDED SCHEDULES

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Second Modified Chapter 13 Plan and Request to Modify Confirmed Plan filed as Document #80 on 5/21/2020 together with Amended Schedules I&J filed as Document #81 on 5/26/2020 and states as follows:

1. Plan is modified to suspend plan payments for May through July 2020 due to the current health crisis and it's impact on the debtor's employment as a substitute teacher. Plan payments to resume in August 2020 reducing from $1625/mo to $1267.46/mo for the final 44 months of a now 84 month plan. The amended budget reflects a reduction in family income contributions and supports the debtor's inability to make higher plan payments, aptly demonstrated by the pending Motion for Relief from Stay filed by the debtors' mortgage lender.

2. Plan is modified to provide for payment of $750 additional attorney fees which, we assume, includes the ongoing representation of the debtor in the RFS proceeding along with the expense of this modification.

3. Plan is modified to provide for payment of pre and post petition mortgage arrears. We note the next RFS hearing is 6/8/2020 and this plan provides sufficient additional funds to cover a new supplemental claim amount of up to $17,000. Should the amount agreed upon be greater than about $17,000 a further modified plan will be needed.

Dated:   May 27, 2020

Standing Chapter 13 Trustee

By:___/s/*Leslie Brodhead Griffith*___
Leslie Brodhead Griffith
Attorney for Trustee
131 W. Wilson St., Suite 1000
Madison, WI  53703-3260
(608) 256-4320