-------------------------------------------------------------------------------------------------------------

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN ANTOINETTE SKINNER | ) | CASE NO. 17-10964 |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | |

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY

In said District, the 4th of May, 2020, upon the Motion of U.S. Bank Trust N.A., as Trustee of Igloo Series II Trust to Modify the Automatic Stay, due notice having been served upon all parties in interest; the movant and the debtor(s) in agreement with the below terms and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay shall remain in effect conditioned upon the following:

1. That in the event that debtor(s) become delinquent in their post-petition mortgage payments during the six month period beginning with the June 1, 2020 payment, delinquent

being defined as having not been received by movant before the sixteenth (16th) day afterwhich such payment is due, U.S. Bank Trust N.A., as Trustee of Igloo Series II Trust may file and serve on the court, debtor(s), their counsel, and the Trustee an Affidavit of Default and a proposed Order Modifying the Automatic Stay for the court's signature. Upon entry of such Order, the Automatic Stay in this cause shall be modified for U.S. Bank Trust N.A., as Trustee of Igloo Series II Trust to proceed against debtor(s) with foreclosure of the subject property, pursuant to Wisconsin law, without further order of the Court or proceeding being necessary, and thereafter commence any action necessary to obtain possession of the premises known as 7114 Sawmill Rd., Madison, WI 53717. Monthly payments in the amount of $1,627.55 are to be sent to creditor's Payment Processing Center at BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038.

2. At the termination of the six-month period, Creditor may renew its Motion by letter notice to the Court, Debtor(s), and Debtor's attorney, should payments not be received by movant before the sixteenth (16th) day after which such payment is due.

3. Regular on-going installment payments will commence June 1, 2020 in the amount of $1627.55.

4. In order to cure the remaining post-petition arrearage alleged in the Motion, U.S. Bank Trust N.A., as Trustee of Igloo Series II Trust is granted leave to file a supplemental Proof of Claim in the amount of $14,272.64 consisting of five payments from May 1, 2019 to September 1, 2019 at $1606.56 each; four payments from October 1, 2019 to January 1, 2020 at $1627.55 each; Filing Cost of $181.00, Attorneys Fees of $850.00, less suspense of $1301.36. The debtor has made all payments due for February 1, 2020 through May 1, 2020. The debtors further agree to modify the plan, if necessary, to accommodate payment of the supplemental claim.

| | |
|---|---|
| /s/ Michael Dimand | /s/ Kristin Sederholm |
| Attorney for Creditor | Attorney for Debtor |

###